The People of the State of Illinois, Plaintiff-Appellee, *v.* Michael Smith, Defendant-Appellant.

(No. 58758;

First District (1st Division)—October 7, 1974.

PER CURIAM.
HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Marilyn Dershem Israel, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and John B. Adams, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRIETTA COLEMAN, Defendant-Appellant.

(No. 58799;

First District (1st Division)—October 7, 1974.